

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-13-00836-CR

Luis **GUDINO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR8499
Honorable Ron Rangel, Judge Presiding

## O R D E R

The Appellant's Motion to File Amended Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court